**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case names:    In re LTP Real Estate LLC

                           In re O.C.T.G. L.L.P and Sojourn Partners. L.L.C.

Appellate case numbers:  01-13-00813-CV

                           01-13-00818-CV

Trial court case number:  2013-47309

Trial court:              190th District Court of Harris County (current court) and 333rd District Court of Harris County (filing court)

      The Court requests that the relators in the above-referenced original proceedings provide the Court a status update within 7 days. In particular, the relators should state whether their respective petitions are moot.

      It is so ORDERED.


Judge's signature: ___/s/ Rebeca Huddle
                X Acting individually    ☐ Acting for the Court


Date: November 5, 2013